**BRYAN CAVE LEIGHTON PAISNER LLP**
Eric Martin, California Bar No. 330534
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102 Tel: (314) 259-2000 Fax: (314) 259-2020
Email: eric.martin@bclplaw.com

Meryl Macklin, California Bar No. 115053
Helen C. Goodman, California Bar No. 324725
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone:(415) 675-3400
Facsimile: (415) 675-3434
E-Mail:    meryl.macklin@bclplaw.com; helen.goodman@bclplaw.com

Simren K. Gill, California Bar No. 318288
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:    +1 310 576 2100
Facsimile:    +1 310 576 2200
Email: simren.gill@bclplaw.com

*Attorneys for Defendants SundaeSwap, Inc.,
Mateen Motavaf, Pi Lanningham, Artem Wright,
and Christopher Borders*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARDSTARTER, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SUNDAESWAP, INC., et al., <br><br> Defendants. | Case No. 3:22-cv-00757-CRB <br><br> Hon. Richard Seeborg <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> [Filed concurrently with Notice of Motion and Motion to Dismiss; and Request for Judicial Notice] <br><br> **Date: July 14, 2022** <br> **Time: 1:30 p.m.** <br> **Courtroom: 3, 17th Floor** <br><br> Amended Complaint filed:   May 6, 2022 <br> Trial date:                Not set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Motion of Defendants SundaeSwap, Inc. ("SundaeSwap"), Mateen Motavaf, Pi Lanningham, Artem Wright, and Christopher Borders (collectively "Defendants") to Dismiss the First Amended Complaint of Plaintiff Cardstarter, Ltd. ("Plaintiff") came on for hearing before this Court on July 14, 2022, at 1:30 p.m., the Honorable Richard Seeborg presiding. Appearances were as stated on the record.

Having read and considered the Motion to Dismiss and all pleadings and papers submitted by the parties in support thereof and in opposition thereto, and having heard and considered the argument of counsel, and good cause appearing,

**IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss is granted in its entirety without leave to amend.

Dated:

_____
Honorable Richard Seeborg
Chief District Judge