# EXHIBIT 2

# COLLABORATION AND MARKETING AGREEMENT

This Collaboration and Marketing Agreement ("**Agreement**") is made as of June 30, 2021 ("**Effective Date**") by and between SUNDAESWAP LABS, INC., a Wyoming corporation ("**SundaeSwap**"), and CARDSTARTER, LTD., British Virgin Islands limited liability company (company no. 206092) ("**CardStarter**").  SundaeSwap and CardStarter are each a "**Party**" and together the "**Parties**."

## BACKGROUND

A. SundaeSwap is the developer of a decentralized exchange (the "**DEX**") on the Cardano blockchain;

B. CardStarter is a decentralized accelerator and swapping platform for early stage Cardano innovators which desires to list projects on a Cardano decentralized exchange; and

C. The Parties desire to collaborate on the development of the SundaeSwap DEX and the listing of CardStarter on the DEX when launched.

## AGREEMENT

The Parties, intending to be legally bound, agree as follows:

1. **CardStarter Commitments.**

CardStarter agrees that it will provide the following support and/or take the following actions to assist SundaeSwap in the development and launch of the DEX:

a. Provide advice, expertise, consultation, introductions and other support on the technical and financial structure of the DEX;
b. Provide marketing and community support and advice to SundaeSwap (directly or through its subsidiary CardStarter Labs, Inc.;
c. Provide to the DEX all total value locked ("TVL") in or from CardStarter projects developed or contributed in the 12 months after the DEX launch;
d. Wind-down its CardSwap decentralized exchange project in the next 30 days;
e. Engage in joint public marketing, promotion or social media communications regarding the DEX and SundaeSwap; and
f. Not support, collaborate with, advise, develop or market products or services similar to the DEX for the 12 months after the DEX launch.

2. **SundaeSwap Commitments.**

a. SundaeSwap will diligently develop the DEX so as to launch promptly after the development of smart-contracts capability on the Cardano blockchain;
b. SundaeSwap will ensure that the DEX includes features (such as a public API) that will allow CardStarter to un-pool TVL on the Ethereum blockchain, bridge to the Cardano blockchain and DEX, and re-pool on the Cardano blockchain;
c. SundaeSwap will provide Most Favored Nation status to listing pairs contributed by

CardStarter within the first 12 months after the DEX launch, including but not limited to ensuring that any rewards available to a SUNDAE-ADA pair are offered to a CARDS-ADA pair;
d. SundaeSwap will refer projects approaching SundaeSwap for a launchpad directly to CardStarter; and
e. SundaeSwap will not support, collaborate with, advise, develop or market products or services similar to the CardStarter launchpad business model for the 12 months after the DEX launch.

**3.     Proprietary Rights**.  As between SundaeSwap and CardStarter, SundaeSwap has and shall retain all right, title and interest in and to the DEX, including any improvements or enhancements thereto (whether such improvements or enhancements originate from CardStarter or otherwise). SundaeSwap may make modifications to the DEX or its other products and services.  SundaeSwap does not grant to CardStarter any right or license, either express or implied, in the DEX or its other products or services.  CardStarter shall not adopt, use or register, whether as a corporate name, trademark, service mark, domain name or other indication of origin, any of the trade marks or service marks of SundaeSwap, or any word or mark confusingly similar to such marks in any jurisdiction.

**4.     Future Agreement.**  The Parties agree that they will in the future discuss in good faith entering into one or more investment transactions in SundaeSwap.  Unless mutually agreed otherwise, in no event will any such potential transaction(s) exceed 17.5% of the post-investment ownership of SundaeSwap.

**5.     Warranties.**

a. Each Party represents and warrants that it will at all times during the Term of this Agreement comply with all applicable laws, rules, regulations, and guidelines.

b. Except to the extent set forth above, EACH PARTY EXPLICITLY DISCLAIMS ANY WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE.

**6.     Limitation of Liability**.  WITH RESPECT TO ALL CLAIMS, ACTIONS AND CAUSES OF ACTION ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS AGREEMENT OR THE DEX BY EITHER PARTY, REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT OR TORT (INCLUDING NEGLIGENCE, STRICT LIABILITY OR OTHERWISE) AND WHETHER OR NOT SUCH DAMAGES ARE FORESEEN, (I) NEITHER PARTY WILL BE LIABLE FOR ANY AMOUNTS FOR INDIRECT, INCIDENTAL, RELIANCE, SPECIAL, CONSEQUENTIAL (INCLUDING WITHOUT LIMITATION LOST PROFITS, LOST REVENUE, OR DAMAGES FOR THE LOSS OF DATA) OR PUNITIVE DAMAGES OF THE OTHER PARTY OR ANY THIRD PARTIES; AND (II) EACH PARTY'S LIABILITY TO THE OTHER WILL NOT EXCEED IN THE AGGREGATE $5,000.00.

7. **Term and Termination**.  The term of this Agreement shall be two years from the Effective Date ("Term").  Either Party may terminate this Agreement for the other Party's material breach of this Agreement which is not cured within thirty (30) days' written notice to the other Party. Sections that by their nature should, or by their own express terms do, survive or extend beyond termination or expiration of this Agreement.

8. **Confidential Information**.

Each Party acknowledges that it will acquire non-public, sensitive or confidential information and materials from the other Party, including knowledge about the business, products, processes, technology, know-how, customers, personnel markets, research, product plans, services, developments and finances of SundaeSwap, and that such information and materials acquired are and will be the trade secrets and confidential and proprietary information of the disclosing Party (collectively "Confidential Information").  Confidential Information does not include information or data of SundaeSwap which (1) was possessed by the receiving Party before it received such information, as evidenced by written documentation; (2) subsequently becomes publicly available through no fault of the receiving Party; (3) is subsequently furnished rightfully to a Party by a third party without restrictions on use or disclosure; (4) is independently developed by a Party without use of disclosing Party's Confidential Information; or (5) is required to be disclosed by law (provided that a Party provides the disclosing Party prompt written notice before any such disclosure so that it may seek a protective order or other appropriate remedy).

Each Party agrees to hold all Confidential Information disclosed to it by the other Party in strict confidence, not to disclose it to others or use it in any way, commercially or otherwise, except in performing the services under this Agreement, and not to allow any unauthorized person access to it, either before or after expiration or termination of this Agreement.  Each Party further agrees to take all action reasonably necessary and satisfactory to protect the confidentiality of the Confidential Information of the disclosing Party with at least the same degree of care as it uses to avoid unauthorized use, disclosure, publication or dissemination of its own confidential information of a similar nature, but in no event less than a reasonable degree of care.

9. **Relationship of Parties.** Each Party is acting only as an independent contractor of the other Party and does not undertake, by this Agreement or otherwise, to perform any obligation of the other Party, whether regulatory or contractual, or to assume any responsibility for the other Party's business or operations.  Neither Party shall act or represent itself, directly or by implication, as an agent of the other, or have any power or authority to bind the other Party to any agreement.

10. **Complete Agreement.**  This Agreement contains the entire agreement between the parties hereto with respect to the matters covered herein.  No other agreements, representations, warranties or other matters, oral or written, purportedly agreed to or represented by or on behalf of a Party by any of its employees or agents, or contained in any sales materials or brochures, shall be deemed to bind the parties hereto with respect to the subject matter hereof.

**11.** **Applicable Law.**  This Agreement shall be construed in accordance with the laws of the State of Wyoming, without reference to conflict of laws principles.

**12.** **Notices.**  Any notice provided pursuant to this Agreement shall be in writing to the parties at the addresses set forth below and shall be deemed given (i) if by hand delivery, upon receipt thereof, (ii) three (3) days after deposit in the United States mails, postage prepaid, certified mail, return receipt requested or (iii) one (1) day after deposit with a nationally-recognized overnight courier, specifying overnight priority delivery.  Either Party may change its address for purposes of this Agreement at any time by giving written notice of such change to the other Party hereto.

**SUNDAESWAP:**

███████████████████
████████████████████

Greenbrae, CA 94904

**CARDSTARTER:**

██████████████████
████████████████
███████████
██████████████████

British Virgin Islands

**13.** **Assignment.**  This Agreement may not be assigned by either Party without the prior written consent of the other Party; provided, however, that (i) either Party may assign this Agreement to a successor of such Party's business relating to this Agreement, whether by merger, stock sale, reorganization, asset sale or otherwise, and (ii) SundaeSwap may assign to any affiliated entity.  Except for the prohibition of an assignment contained in the preceding sentence, this Agreement shall be binding upon and inure to the benefit of the heirs, successors and assigns of the parties hereto.

**14.** **Third Party Beneficiaries.**  This Agreement is entered into solely for the benefit of the parties hereto and shall not confer any rights upon any person or entity not a Party to this Agreement, including but not limited to any customers or agents of a Party.

**15.** **Waiver.**  The failure of either Party at any time to require performance by the other Party of any provision of this Agreement shall not affect in any way the full right to require such performance at any subsequent time; nor shall the waiver by either Party of a breach of any provision of this Agreement be taken or held to be a waiver of the provision itself.

**IN WITNESS WHEREOF**, the Parties Agreement have caused it to be executed by their authorized officers as of the day and year first above written. This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

| | |
|---|---|
| **SUNDAESWAP LABS, INC.** | **CARDSTARTER, LTD.** |
| By: *Mateen Motavaf* | By: _____ |
| Name: Mateen Motavaf | Name: Aatash Amir |
| Title: CEO | Title: CEO |



Audit Trail

| | |
|---|---|
| **TITLE** | Collaboration and Marketing Agreement |
| **FILE NAME** | CardStarter Sunda... - 06-28-2021.doc |
| **DOCUMENT ID** | a2ae8e10374cc87409eabbda8c91e6f761b74825 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**  06 / 28 / 2021  21:14:39 UTC  Sent for signature to Aatash Amir (▇▇▇▇▇▇▇▇) and Mateen Motavaf (▇▇▇▇▇▇▇▇▇▇▇▇) from ▇▇▇▇▇▇▇▇▇▇▇▇
IP: ▇▇▇▇▇▇▇▇

**VIEWED**  06 / 28 / 2021  22:03:54 UTC  Viewed by Aatash Amir (▇▇▇▇▇▇▇▇▇)
IP: ▇▇▇▇▇▇▇▇

**SIGNED**  06 / 28 / 2021  22:14:01 UTC  Signed by Aatash Amir (▇▇▇▇▇▇▇▇▇)
IP: ▇▇▇▇▇▇▇▇

**VIEWED**  06 / 28 / 2021  22:14:31 UTC  Viewed by Mateen Motavaf (▇▇▇▇▇▇▇▇▇▇▇▇)
IP: ▇▇▇▇▇▇▇▇

**SIGNED**  06 / 28 / 2021  22:14:47 UTC  Signed by Mateen Motavaf (▇▇▇▇▇▇▇▇▇▇▇▇)
IP: ▇▇▇▇▇▇▇▇

**COMPLETED**  06 / 28 / 2021  22:14:47 UTC  The document has been completed.

Powered by HELLOSIGN