**MAYER BROWN LLP**
Alex Lakatos (SBN 182108)
Richard Rosenfeld (*pro hac vice*)
Grace Kim (*pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
Email: alakatos@mayerbrown.com; rrosenfeld@mayerbrown.com; gkim@mayerbrown.com
Telephone: (202) 263-3000
Facsimile: (202) 263-5323

Kathryne M. Gray (*pro hac vice*)
Anna V. Durham (*pro hac vice*)
700 Louisiana Street, Suite 3400
Houston, TX 77002
Email: kgray@mayerbrown.com; adurham@mayerbrown.com
Telephone: (713) 238-3000
Facsimile: (713) 238-7000

*Attorneys for Plaintiff*

**BRYAN CAVE LEIGHTON PAISNER LLP**
Eric Martin, California Bar No. 330534
Meryl Macklin, California Bar No. 115053
Helen C. Goodman, California Bar No. 324725
Sasha Riedisser, *pro hac vice*
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: eric.martin@bclplaw.com; macklin@bclplaw.com; helen.goodman@bclplaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDSTARTER LABS LTD., <br><br> Plaintiff, <br><br> v. <br><br> SUNDAESWAP LABS, INC., et al., <br><br> Defendants. | Case No. 3:22-cv-00757-RS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

1

Plaintiff CardStarter Labs Ltd. and Defendants SundaeSwap Labs, Inc., Mateen Motavaf, Pi Lanningham, Artem Wright, and Christopher Borders, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice in its entirety, each party to bear its own fees and costs.

SO STIPULATED.

Dated:  March 8, 2024

*/s/ Alex C. Lakatos*
MAYER BROWN LLP
Alex Lakatos (SBN 1821)
Richard Rosenfeld (*pro hac vice*)
Grace Kim (*pro hac vice*)
1999 K Street, N.W.
Washington, D.C. 20006-1101
alakatos@mayerbrown.com
rrosenfeld@mayerbrown.com
gkim@mayerbrown.com
Telephone:  (202) 263-3000
Facsimile:  (202) 263-5323

Kathryne M. Gray (*pro hac vice*)
Anna V. Durham (*pro hac vice*)
700 Louisiana Street, Suite 3400
Houston, TX 77002
kgray@mayerbrown.com
adurham@mayerbrown.com
Telephone:  (713) 238-3000
Facsimile:  (713) 238-7000

*Attorneys for Plaintiff*

Dated:  March 8, 2024

*/s/ Eric Martin*
BRYAN CAVE LEIGHTON PAISNER LLP
Eric Martin, California Bar No. 330534
Meryl Macklin, California Bar No. 115053
Helen C. Goodman, California Bar No. 324725
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
eric.martin@bclplaw.com
macklin@bclplaw.com
helen.goodman@bclplaw.com

*Attorneys for Defendants*

I, Alex Lakatos, hereby attest that concurrence in this filing has been obtained from each of the other Signatories.

By: */s/ Alex Lakatos*
Alex Lakatos

**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: March 11, 2024

Hon. Richard Seeborg